**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tyrone F. WEBB, Defendant–**
**Appellant.**

**No. 11–7620.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 15, 2012.

Decided: March 20, 2012.

Tyrone F. Webb, Appellant Pro Se. Stacey Denise Haynes, Assistant United States Attorney, James Chris Leventis, Jr., Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone F. Webb appeals a district court order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c) (2006) and denying his motion for reconsideration. We affirm. Because the amendment in question did not lower Webb's Guidelines sentence, we find the district did not abuse its discretion denying the motion. *United States v. Goines,* 357 F.3d 469, 478 (4th Cir.2004) (stating standard of review). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*